UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:26-cv-03960 ADS Date: July 28, 2026

Title: *Johan Josue Gonzalez Conrrado v. James Janecka et al.*

Present: The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Petitioner(s): | Attorney(s) Present for Respondent(s): |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER REQUIRING MEET AND CONFER DUE TO NON-OPPOSITION**

Before the Court is a Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Respondents filed an Answer indicating they "are not presenting an opposition argument," which the Court construes as non-opposition to the Petition.[1] As such, the unopposed Petition should be granted.

The parties are ordered to meet and confer and file a stipulated proposed order and judgment as soon as possible but no later than July 31, 2026.

**IT IS SO ORDERED.**

Initials of Clerk kh

[1] "In our adversarial system of adjudication, we follow the principle of party presentation" meaning that "in both civil and criminal cases, in the first instance and on appeal . . . we rely on the parties to frame the issues for decision and assign to courts the role of neutral arbiter of matters the parties present." United States v. Sineneng-Smith, 590 U.S. 371, 375 (2020) (citation modified). Further, "as a general rule, our system is designed around the premise that [parties represented by competent counsel] know what is best for them, and are responsible for advancing the facts and argument entitling them to relief." Id. at 375–76 (citation modified).