UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHAN JOSUE GONZALEZ CONRRADO,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents | Case No. 5:26-cv-03960 ADS<br><br>ORDER |

IT IS HEREBY ORDERED:

1. The Petition is granted;
2. Respondents must immediately release Petitioner Johan Josue Gonzalez Conrrado (A# 246-547-233) from immigration detention; and
3. Judgment is to be entered accordingly.

DATED: July 29, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN. D. SPAETH
United States District Judge