JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHAN JOSUE GONZALEZ CONRRADO,<br>Petitioner,<br>v.<br>JAMES JANECKA, et al.,<br>Respondents. | Case No. 5:26-cv-03960 ADS<br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted. Respondents must immediately release Petitioner Johan Josue Gonzalez Conrrado (A# 246-547-233) from immigration detention.

DATED: July 29, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN. D. SPAETH
United States District Judge